No. 86–1836. NEW YORK STATE CLUB ASSN., INC. *v.* CITY OF NEW YORK ET AL. Appeal from Ct. App. N. Y. Probable juris-

diction noted.